UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RAYMOND COLLINS,

       Petitioner,

      v.                                              Case No. 19-C-1787

DYLON RADTKE,

       Respondent.

## ORDER

Petitioner Raymond Collins filed a notice of appeal in this case on January 28, 2020. On February 7, 2020, Petitioner filed a motion to compel. This court has no jurisdiction to grant the relief requested at this time. Once Petitioner filed his notice of appeal, this court's jurisdiction over the case ceased. *See In re Federal Facilities Reality Trust*, 227 F.2d 651, 653–54 (7th Cir. 1995) ("It is well settled that filing a notice of appeal from a district court's judgment vests jurisdiction over the cause appealed in the court of appeals."). Accordingly, Petitioner's motion to compel (Dkt. No. 15) is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin this 28th day of February, 2020.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, District Judge
                                                  United States District Court